FILED
2016 Jan-11 PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **FORREST SCOTT FIKES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) CASE NO. 7:15-CV-1393-SLB |
| | ) |
| **MERCEDES-BENZ U.S. INTERNATIONAL, INC.** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is hereby **ORDERED** that the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice, (*see* Case No. 7:15-CV-0467-SLB, doc. 87), is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**DONE** this 11th day of January, 2016.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
SENIOR UNITED STATES DISTRICT JUDGE